**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DOCKETED
JUN 1 4 2004

| | |
|---|---|
| QUADRIGA ASSET MANAGEMENT, INC. and QUADRIGA BETEILIGUNGS-UND VERMOGENS-AKTIENGESELLSCHAFT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ANGELO, GORDON & CO., L.P.; AG SUPERFUND, L.P.; AG SUPER FUND INTERNATIONAL, LTD.; AG SUPERFUND INTERNATIONAL PARTNERS, L.P.; and AG LONG TERM SUPER FUND, L.P., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

JUDGE MANNING

04C 3965

MAGISTRATE JUDGE ASHMAN

## COMPLAINT

Plaintiffs complain of Defendants as follows:

## NATURE OF THE ACTION AND PARTIES

1.       This action arises under the Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.*, as amended ("the Lanham Act"), and Illinois state law.

2.       Plaintiff Quadriga Asset Management, Inc., ("Quadriga USA") is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Chicago, Illinois.

3.       Plaintiff Quadriga Beteiligungs-und Vermogens-Aktiengesellschaft ("Quadriga AG") is a company organized and existing under the laws of Austria.

4.       On information and belief, Defendant Angelo, Gordon & Co., L.P., is a limited partnership organized and existing under the laws of the State of Delaware.

1-1

5.     On information and belief, Defendant AG Superfund, L.P. is a limited partnership organized and existing under the laws of the State of Delaware.

6.     On information and belief, Defendant AG Super Fund International, Ltd. is a corporation organized and existing under the laws of the British Virgin Islands.

7.     On information and belief, Defendant AG Superfund International Partners, L.P. is a limited partnership organized and existing under the laws of the Cayman Islands.

8.     On information and belief, Defendant AG Long Term Super Fund, L.P. is a limited partnership organized and existing under the laws of the State of Delaware.

## JURISDICTION AND VENUE

9.     This Court has subject matter jurisdiction over this action pursuant to: 28 U.S.C. §§ 1331, 1332, 1338; 15 U.S.C. § 1121; and 28 U.S.C. § 1367.

10.     This Court has personal jurisdiction over the Defendants because each conducts business in this District and offers services to persons and entities in this District.

11.     Venue in this District is proper pursuant to 28 U.S.C. § 1391.

## FACTS

12.     Quadriga AG provides financial investment services in futures funds.  The service mark SUPERFUND is, and for many years has been, used by or on behalf of Quadriga AG in interstate commerce connection with investment services.

13.     Quadriga AG has licensed to Quadriga USA the right to use the SUPERFUND mark to, among other things, sell interests in certain futures funds.

14.     Quadriga USA is the user and owner, by assignment, of the marks SUPER FUND and SUPERFUND in connection with financial services, including without limitation, commodities brokerage services, advisory services, investment services, commodities pools and managed futures.

15.     As a result of Plaintiffs' extensive use and promotion of SUPERFUND and SUPER FUND for the services listed in ¶¶ 12-14 above, the mark has become well-known, includes valuable goodwill, and is a valuable asset.

16.     On October 23, 2002, Quadriga AG applied to register SUPERFUND with the U.S. Patent and Trademark Office, for "financial investment in the field of financial services in the nature of investment of capital in primarily derivative instruments, namely, options and futures on all major international stock markets, currencies, commodities, and interest rate products, as well as securities; financial investment consultation services, namely, financial consulting services provided with regard to asset allocation, trend-following, technical analysis, and money management." The application was filed on an "intent to use" basis, has been assigned Serial No. 76/461,533, and is pending.

17.     After Plaintiffs (or Quadriga USA's predecessor in interest) began using SUPERFUND and SUPER FUND for the services listed above, Defendants began using SUPER FUND, SUPERFUND, or both in connection with fund investment services in interstate commerce.

18.     Plaintiffs have not licensed, authorized, approved, consented to, or permitted Defendants' aforementioned use of SUPERFUND, SUPER FUND, or both.

3

19.     Defendants have been advised of Plaintiffs' trademark rights but have refused to discontinue their use.  Defendants' ongoing acts are being, and have been, undertaken with full knowledge of Plaintiffs' superior rights.

20.     On information and belief, none of the Defendants owns a trademark registration for SUPERFUND or SUPER FUND.

21.     On information and belief, on January 22, 2004, Defendant Angelo, Gordon & Co., L.P. filed an application to register AG SUPER FUND, L.P. with the U.S. Patent and Trademark Office, for "fund investment services."  The application has been assigned Serial No. 76/568,740 and is pending.

22.     Plaintiffs are being, and will continue to be, irreparably harmed as a result of Defendants' actions, which will continue unless enjoined by this Court.

### COUNT I:

### FEDERAL UNFAIR COMPETITION UNDER THE LANHAM ACT

23.     Plaintiffs repeat and reallege the allegations set forth in ¶¶ 1 through 22.

24.     Defendants' aforementioned use of SUPERFUND, SUPER FUND, or both is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' services or commercial activities by Plaintiffs, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 11125(a).

## COUNT II:

## UNFAIR AND DECEPTIVE BUSINESS PRACTICES UNDER ILLINOIS LAW

25.     Plaintiffs repeat and reallege the allegations set forth in ¶¶ 1 through 24.

26.     Defendants' aforementioned use of SUPERFUND, SUPER FUND, or both is likely to deceive the public into believing that Defendants' services or commercial activities are authorized, approved, or sponsored by Plaintiffs, in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS § 505/1-12.

## COUNT III:

## DECEPTIVE TRADE PRACTICES UNDER ILLINOIS LAW

27.     Plaintiffs repeat and reallege the allegations set forth in ¶¶ 1 through 26.

28.     Defendants' aforementioned use of SUPERFUND, SUPER FUND, or both is likely to cause confusion or misunderstanding among the relevant public as to the source, origin, quality, approval, authorization, or sponsorship of Defendants' services or commercial activities, in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510/1-7.

## COUNT IV:

## COMMON LAW TRADEMARK INFRINGEMENT UNDER ILLINOIS LAW

29.     Plaintiffs repeat and reallege the allegations set forth in ¶¶ 1 through 28.

30.     Defendants' aforementioned use of SUPERFUND, SUPER FUND, or both is likely to cause confusion or misunderstanding among the relevant public as to the source, origin, quality, approval, authorization, or sponsorship of Defendants' services

or commercial activities, in violation of the Illinois common law of trademark infringement.

WHEREFORE, Plaintiffs pray that the Court:

(A) Issue a preliminary and, after trial or summary judgment proceedings, permanent injunction enjoining Defendants, any business owned by, controlled by, or affiliated with them, and their employees, officers, agents, servants, attorneys, representatives, successors and assigns, and all persons or entities acting in concert or participating with Defendants or on their behalf, from:

    (1) Providing financial investment services under SUPERFUND, SUPER FUND, or any mark similar thereto; and

    (2) Making any other use of SUPERFUND, SUPER FUND, or any mark similar thereto that is likely to confuse the public into believing that Defendants' services or commercial activities originate from, are associated with, or are sponsored or approved by Plaintiffs;

(B) Award to Plaintiffs the profits realized by Defendants from their unlawful acts complained of herein;

(C) Award to Plaintiffs their damages resulting from Defendants' unlawful acts complained of herein;

(D) Award to Plaintiffs their costs and reasonable attorneys' fees incurred in this action;

(E) Award to Plaintiffs all prejudgment interest; and

(F) Award such other and further relief as this Court deems to be reasonable, necessary and just.

Plaintiffs hereby demand a **trial by jury** on all issues so triable.

Respectfully submitted,

Jerome Gilson
John T. Gabrielides
Scott J. Slavick
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611
Ph.  (312) 321-4200
Fax  (312) 321-4299

Jeffrey E. Kopiwoda
QUADRIGA ASSET MANAGEMENT, INC.
180 N. LaSalle Street
Suite 3250
Chicago, IL  60601
Ph.  (312) 252-0300
Fax  (312) 239-2241

Attorneys for Plaintiffs

JUDGE MANNING

JS 44
(Rev. 07/89)

**CIVIL COVER SHEET** 04C 3965

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

MAGISTRATE JUDGE ~~MAN~~

DOCKETED JUN 14 2004

**I (a) PLAINTIFFS**
Quadriga Asset Management, Inc. and
Quadriga Beteiligungs-UND
Vermogens-Aktiengesellschaft

**DEFENDANTS**
Angelo, Gordon & Co., L.P.; AG
Superfund, L.P.; AG Super Fund
International, Ltd.; AG
Superfund International Partners, L.P.;
and AG Long Term Super Fund, L.P.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Cook__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Drive
NBC Tower - Suite 3600
Chicago, IL 60611-5599        (312)321-4200

ATTORNEYS (IF KNOWN)
Elaine M. LaFlamme
Akin Gump Strauss Hauer & Feld
590 Madison Avenue
New York, NY 10022

04 JUN 10 PH 2: 27
U.S. DISTRICT CLERK
FILED FOR DOCKETING
ED-7

**II. BASIS OF JURISDICTION** (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
(PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. Sections 1114 and 1125 for federal trademark infringement, false
designation and unfair competition and related state cause of action

**V. NATURE OF SUIT** (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. ORIGIN** (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
**DEMAND $**
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. REMARKS**
**General Rule 2.21D(2)**
In response to ☐ is not a refiling of a previously dismissed action
this case ☐ is a refiling of case number _____ of Judge _____

DATE  6-10-04

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

JUDGE MANNING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MAGISTRATE JUDGE ASHMAN

04C 3965

In the Matter of

QUADRIGA ASSET MANAGEMENT, INC. and QUADRIGA BETEILIGUNGS-UND VERMOGENS-AKTIENGESELLSCHAFT,

Plaintiffs,

v.

ANGELO, GORDON & CO., L.P.; AG SUPERFUND, L.P.; AG SUPER FUND INTERNATIONAL, LTD.; AG SUPERFUND INTERNATIONAL PARTNERS, L.P.; and AG LONG TERM SUPER FUND, L.P.,

Defendants.

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

QUADRIGA ASSET MANAGEMENT, INC. and QUADRIGA BETEILIGUNGS-UND VERMOGENS-AKTIENGESELLSCHAFT

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME John T. Gabrielides | | NAME Jerome Gilson | |
| FIRM Brinks Hofer Gilson & Lione | | FIRM Brinks Hofer Gilson & Lione | |
| STREET ADDRESS 455 North Cityfront Plaza Dr., #3600 | | STREET ADDRESS 455 North Cityfront Plaza Dr., #3600 | |
| CITY/STATE/ZIP Chicago, IL 60611-5599 | | CITY/STATE/ZIP Chicago, IL 60611-5599 | |
| TELEPHONE NUMBER 312-321-4200 | FAX NUMBER 312-321-4299 | TELEPHONE NUMBER 312-321-4200 | FAX NUMBER 312-321-4299 |
| E-MAIL ADDRESS jtg@brinkshofer.com | | E-MAIL ADDRESS jgilson@brinkshofer.com | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6198323 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00961183 | |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | | MEMBER OF TRIAL BAR? YES [X] NO [ ] | |
| TRIAL ATTORNEY? YES [X] NO [ ] | | TRIAL ATTORNEY? YES [ ] NO [X] | |
| | | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME Scott J. Slavick | | NAME Jeffrey E. Kopiwoda | |
| FIRM Brinks Hofer Gilson & Lione | | FIRM Quadriga Asset Management, Inc. | |
| STREET ADDRESS 455 North Cityfront Plaza Dr., #3600 | | STREET ADDRESS 180 N. LaSalle Street, Suite 3250 | |
| CITY/STATE/ZIP Chicago, IL 60611-5599 | | CITY/STATE/ZIP Chicago / IL / 60601 | |
| TELEPHONE NUMBER 312-321-4200 | FAX NUMBER 312-321-4299 | TELEPHONE NUMBER (312) 252-0300 | FAX NUMBER (312) 239-2241 |
| E-MAIL ADDRESS sslavick@brinkshofer.com | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6256681 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6229616 | |
| MEMBER OF TRIAL BAR? YES [ ] NO [X] | | MEMBER OF TRIAL BAR? YES [✓] NO [ ] | |
| TRIAL ATTORNEY? YES [ ] NO [X] | | TRIAL ATTORNEY? YES [ ] NO [✓] | |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [✓] | |

1-3